**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Mohammed Behzadpour, | : :  : |
| Plaintiff, v. | : : Civil Action No.:  4:12-cv-01285 : : |
| Palisades Collections, LLC, | : : : |
| Defendant. | : : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 30, 2012

Respectfully submitted,

By /s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: jburton@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By   /s/ Jody B. Burton

                                              Jody B. Burton